IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALFRED WASHINGTON,

 Appellant,

v.

THELMA S. WASHINGTON,

 Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2081

_____/

Opinion filed May 1, 2015.

An appeal from the Circuit Court for Leon County.
Nina Ashenafi Richardson, Judge.

Fred H. Flowers of Flowers Law, LLC, Tallahassee, for Appellant.

Thelma S. Washington, pro se, Appellee.

PER CURIAM.

 Appellant, Alfred Washington, seeks review of an order denying his motion
to dissolve an injunction against repeat violence that was entered against him in
2011.  In both the motion at issue and a prior motion to dissolve the injunction that

was also denied, Appellant challenged the merits of the injunction instead of making any allegations of changed circumstances. On appeal, Appellant again challenges the merits of the injunction. We affirm. See Highway 46 Holdings, LLC v. Myers, 114 So. 3d 215, 221 (Fla. 5th DCA 2012) (noting that the appellant appealed from an order refusing to dissolve a temporary injunction and explaining that because neither party filed an appeal from the original injunction order entered after notice and a hearing, "the sufficiency of the original, unappealed injunction order is not before this Court for review"); see also Spaulding v. Shane, 150 So. 3d 852, 853 (Fla. 2d DCA 2014) (explaining that in order to establish entitlement to dissolution of an injunction, the movant must prove that there has been a change in circumstances since the injunction was entered).

AFFIRMED.

LEWIS, C.J., BENTON and MAKAR, JJ., CONCUR.